**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

| | |
|---|---|
| VIRGINIA STRICKLIN, Mother and Next Friend of Timothy Stricklin, a minor | **PLAINTIFF** |
| VS. | **CIVIL ACTION NO. 3:05CV250BS** |
| THOMPSON CENTER ARMS, INC. and HODGON POWDER COMPANY, INC. | **DEFENDANTS** |

### **ORDER**

This matter came before the court on the Motion to Withdraw, filed by Plaintiff's former counsel, the Plaintiff's Motion for Enlargement of Time, by which she seeks additional time to designate expert witnesses, and the Motions to Compel filed by each of the Defendants. Having reviewed the docket, the court understands that the Plaintiff has hired new counsel, who has made an appearance in this matter. The court further understands that the Defendants have no objection to moving the expert designation deadlines, so long as all parties are afforded that relief. Finally, the court has been informed that the parties have conferred regarding their discovery difficulties and are working toward resolving those difficulties and possibly settling this matter. Therefore, all of these Motions will be granted. The parties are advised that no further extensions of pretrial deadlines can be granted unless they agree to a continuance of the trial date.

IT IS, THEREFORE, ORDERED as follows:

1. The Motion to Withdraw submitted Percy S. Stanfield and Beverly D. Poole is hereby **granted**, and they are relieved of any further obligation to represent the Plaintiff in this matter.

2.  The Motion for Enlargement of Time is hereby **granted**. The Plaintiff shall have until September 25, 2006, within which to designate her expert witnesses, and the Defendants have until October 25, 2006, within which to designate their expert witnesses.

3.  The Motions to Compel filed by each of the Defendants are hereby **granted**, and the Plaintiff shall have until October 2, 2006, within which to respond to their discovery requests.

IT IS SO ORDERED, this the 21st day of September, 2006.

                                              James C. Sumner
                                 UNITED STATES MAGISTRATE JUDGE